# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHARLES E ALEXANDER/RYAHIM, JR**  **PLAINTIFF**
ADC #155066

v.    CASE NO. 2:22-CV-00178-BSM

**JOHNSON,** *et al.*    **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Mr. Alexander/Ryahim's objections, Judge Ervin's recommended disposition [Doc. No. 5] is rejected because Alexander/Ryahim has now paid the filling fee. Doc. No. 18. Accordingly, this case is remanded to Judge Ervin for consideration of Alexander/Ryahim's complaint.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE