IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES E ALEXANDER/RYAHIM JR**   **PLAINTIFF**
ADC #111057

v.   CASE NO. 2:22-CV-00178-BSM

**JOHNSON,** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 22] is adopted, and Alexander/Ryahim's complaint [Doc. No. 1] is dismissed without prejudice. It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

Alexander/Ryahim's motions for copies [Doc. Nos. 24, 27] are granted, and the clerk is directed to send Alexander/Ryahim a copy of this order and the docket sheet.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE