IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES E ALEXANDER/RYAHIM JR**                                    **PLAINTIFF**
ADC #111057

v.                              **CASE NO. 2:22-CV-00178-BSM**

**JOHNSON,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE